IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JAMES E LACEY  
1420 LORETTA AVE  
COLUMBUS, OH 43211  

Case No: 04-54266

Chapter 13

SSN #(1): XXX-XX-7680

Judge: CHARLES M. CALDWELL

PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on March 22, 2004.
The plan was confirmed on June 03, 2004.
The Case was concluded on April 14, 2010.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors: 76,308.47

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 11.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| 00000 DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| AEP 00011 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00028 UNSECURED | 21.72 | 21.72 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00010 PRIORITY | 1,600.84 | 1,600.84 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00029 PRIORITY | 102.20 | 102.20 | 0.00 | 0.00 |
| BRIAN M GIANANGELI ESQ 00026 NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE 00012 UNSECURED | 116.08 | 116.08 | 0.00 | 0.00 |
| CITY OF COLUMBUS 00014 UNSECURED | 5.64 | 5.64 | 0.00 | 0.00 |
| COLUMBIA GAS OF OHIO 00015 UNSECURED | 87.23 | 87.23 | 0.00 | 0.00 |
| ECMC 00021 UNSECURED | 1,819.34 | 1,819.34 | 0.00 | 0.00 |
| GARY A JOSEPHSON 00023 APPRAISER | 300.00 | 300.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00027 UNSECURED | 12.91 | 12.91 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00006 PRIORITY | 613.92 | 613.92 | 0.00 | 0.00 |

**PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 04-54266    JAMES E LACEY

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| INTERNAL REVENUE SRVS<br>00009    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| JAMES E LACEY<br>00000    DEBTOR REFUND | 0.00 | 514.62 | 0.00 | 0.00 |
| LEADER MORTGAGE<br>00003    MORTGAGE | Continuing | 42,590.34 | 0.00 | 0.00 |
| LEADER MORTGAGE<br>00004    PRE-PET MTG ARREARS | 5,301.92 | 5,301.92 | 1,497.53 | 0.00 |
| LEADER MORTGAGE CO LLC<br>00024    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| LINCOLN FIRST BANK<br>00016    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MILLER & CLARK LLP<br>00025    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| NATIONAL ASSET MGMT<br>00013    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT<br>00001    MORTGAGE | Continuing | 16,593.02 | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT<br>00002    PRE-PET MTG ARREARS | 1,312.69 | 1,312.69 | 396.11 | 0.00 |
| OFFICE OF THE US TRUSTEE<br>00022    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| OHIO CHILD SUPPORT PAYMENT CTR<br>00005    PRIORITY | Not filed | 0.00 | 0.00 | 0.00 |
| PROTECTION ONE<br>00017    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PROVIDIAN<br>00018    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| SBC CONSUMER BANKRUPTCY<br>00019    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| SPRINT PCS<br>00020    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| US ATTORNEY COLUMBUS<br>00007    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| US ATTORNEY GENERAL<br>00008    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during<br>pendency of case | 514.62 | 514.62 | | |
| Debtor refund to be issued upon the<br>approval of the Final Report and Account | 121.11 | 121.11 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 6,614.61 | 2,316.96 | 18,753.79 | 0.00 | 635.73 | 28,321.09 |
| PRIN PAID | 6,614.61 | 2,316.96 | 2,062.92 | 59,183.36 | 635.73 | 70,813.58 |
| INT PAID | 1,893.64 | 0.00 | 0.00 | 0.00 |  | 1,893.64 |
|  |  |  |  | TOTAL PAID: |  | 72,707.22 |

**PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 04-54266    JAMES E LACEY

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---:|---:|
| LOUIS F KORT ESQ | 1,500.00 | 1,500.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---:|---:|---:|---:|
| 2,281.46 | 0.00 | 34.41 | 2,315.87 |

Dated: 04/23/2010

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JAMES E LACEY
1420 LORETTA AVE
COLUMBUS, OH  43211

SSN #(1): XXX-XX-7680

Case No: 04-54266

Chapter 13

Judge: CHARLES M. CALDWELL

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700